UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EVANSTON INSURANCE COMPANY,

    Plaintiff,

v.

MAESTRO CONTRACTING INCORPORATED, SALAMON'S HOME IMPROVEMENTS, INC., and PATRICIO NAJERA ALTAMIRANO,

    Defendants.

Civil Action No.: 22-cv-5583-WJM-MAH

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against all defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
April 16, 2024

HINSHAW & CULBERTSON LLP

*[signature]*

Matthew Ferlazzo
800 Third Avenue, 13th Floor
New York, New York 10022
Tel.: 212-471-6227
Fax: 212-935-1166
mferlazzo@hinshawlaw.com

*Attorneys for Plaintiff*
*Evanston Insurance Company*

WINGATE, RUSSOTTI, SHAPIRO
MOSES & HALPERIN, LLP

*[signature]*

Vincent Chirico
420 Lexington Avenue, Suite 2700
New York, New York 10170
Tel.: 718-921-1401
Fax: 347-412-3046
vchirico@chiricolaw.com

*Attorneys for Defendant*
*Patricio Najera Altamirano*

So Ordered on 4/22/2024:

*[signature]*

William J. Martini, U.S.D.J.